

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-11-2006

# In Re: Grand Jury

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-2936

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: Grand Jury " (2006). *2006 Decisions.* Paper 1123.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1123

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————

No. 05-2936

————

IN RE: GRAND JURY

————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
D.C. Misc. 05-mc-00197
District Judge:  The Honorable Robert F. Kelly

————

Argued:  March 29, 2006

————

Before: McKEE, BARRY and VAN ANTWERPEN, <u>Circuit Judges</u>

————

(Opinion Filed: May 11, 2006)

————

C. Clark Hodgson, Jr., Esq. (Argued)
Jonathan F. Bloom, Esq.
Thomas W. Dymek, Esq.
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103
        -AND-
Sal Cognetti, Jr., Esq.
Foley, Cognetti, Comeford, Cimini & Cummins
507 Linden Street
700 Scranton Electric Building
Scranton, PA 18503

<u>Counsel for Appellant</u>
John J. Pease, III, Esq. (Argued)

Office of the United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA   19106

Counsel for Appellee

_____

OPINION OF THE COURT

_____

BARRY, Circuit Judge

As initially presented, the principal issue before us on this appeal was whether we should now create the qualified state legislative immunity privilege we have heretofore "refus[ed] to create," In re Grand Jury (Granite), 821 F.2d 946, 956 (3d Cir. 1987).  At oral argument, however, it was made clear by appellant that the "principal" issue was, in fact, the issue on which it seeks to prevail.

We have carefully considered the written submissions of the parties and the oral arguments they so forcefully presented.  We see no reason to revisit Granite and conclude, without further discussion, that essentially for the reasons set forth by the District Court, its orders of May 11, 2005 and June 1, 2005 will be affirmed.